IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT LEE HONG,

    Petitioner,

v.                                                                         CASE NO. 1:07-cv-00147-MP-AK

JAMES MCDONOUGH,

    Respondent.

_____/

**O R D E R**

    This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, recommending that this case be transferred to the United States District Court for the Middle District of Florida.  The Magistrate Judge filed the Report and Recommendation on Wednesday, August 15, 2007.  The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

    Petitioner is currently confined in the Northern District of Florida, but challenges his conviction out of the Middle District of Florida.  Although jurisdiction exists in both districts, the Magistrate recommends transferring this case to the Middle District, stating that the district of conviction would be more convenient for witnesses should an evidentiary hearing be necessary.  See 28 U.S.C. § 2241(d).  A central purpose of 28 U.S.C. § 2241(d) is to provide a more convenient forum for witnesses.  See Mitchell v. Henderson, 432 F.2d 435, 436 (5th Cir.1970).  Petitioner has filed a Response to the Magistrate's Report, Doc. 8, in which he states that the Northern District of Florida is the more convenient forum.  Specifically, Petitioner

asserts that he is located north of Gainesville, a detective involved in Petitioner's trial now works in Gainesville, and all other witnesses would have to travel only slightly more for an evidentiary hearing in the Northern District. It appears that the witnesses in this case would be less inconvenienced by travel within the Middle District, where the crime was committed and where Petitioner was convicted. Because of this, the Court agrees with the Magistrate that this case should be transferred to the United States District Court for the Middle District of Florida. Therefore, having considered the Report and Recommendation, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 4, is adopted and incorporated by reference in this order.

2. The Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida.

**DONE AND ORDERED** this   *31st* day of August, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge